# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JAMES JOHN MCCOLL , <br><br> Petitioner, <br><br> v. <br><br> STATE OF WASHINGTON , <br><br> Respondent. | CASE NO. 2:24-cv-01800-MJP-BAT <br><br> **ORDER OF DISMISSAL** |

Having reviewed, *de novo*, the Report and Recommendation of the assigned United States Magistrate Judge, any objections or responses, and the record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) The Case is dismissed without prejudice.

(3) The Clerk shall provide a copy of this Order to petitioner.

Dated this 12th day of February, 2025.

*[signature]*

MARSHA J. PECHMAN
United States Senior District Judge

ORDER OF DISMISSAL - 1